**Order entered September 28, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00330-CV

**LOUISIANA PACIFIC CORPORATION AND
RICHMOND INTERNATIONAL FOREST PRODUCTS, LLC, Appellants**

**V.**

**NEWPORT CLASSIC HOMES, L.P., WESTERN RIM INVESTORS 2014-3,
L.P., AND BRIDGEWELL RESOURCES, LLC, Appellees**

**On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause No. 199-02044-2016**

## ORDER

Before the Court is appellee Bridgewell Resources, LLC's September 24, 2021 unopposed motion to extend the time to file its brief on the merits. We **GRANT** the motion and extend the time to October 18, 2021.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE